IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL VERNON JAMES                                                                        PLAINTIFF

v.                                   Civil No. 12-6025

LARRY D. MAY, Assistant Director and
Grievance Appeals Officer; MS. SANDERS,
Ouachita River Correctional Facility Parole
Officer; and MS. REYNOLDS, Ouachita
River Correctional Facility Parole Officer                                                DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case under the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On June 21, 2013, Plaintiff filed a motion to dismiss (ECF No. 29) this case.  He indicates he wants to reassess and compile his evidence "for application at a later date."  Defendants have not responded to the motion.  I therefore recommend that the motion to dismiss (ECF No. 29) be granted and this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of July 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE