IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL VERNON JAMES                                                                  PLAINTIFF

VS.                                    Civil No. 6:12-cv-6025

LARRY D. MAY; MS. SANDERS;
and MS. REYNOLDS                                                                     DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed July 10, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 30). Judge Bryant recommends that Plaintiff's unopposed motion to dismiss (ECF No. 29) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's motion to dismiss (ECF No. 29) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 7th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge